# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2019

158438

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DEVIN CHARLES LANGEVIN,
        Defendant-Appellant.

SC: 158438
COA: 344403
Macomb CC: 2014-004425-FH

_____/

      On order of the Court, the application for leave to appeal the August 29, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2019



t0522

Clerk